P-SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 07-1969-VBF(JWJx)**                                Dated: **April 2, 2007**

Title:   425 Shirley Place, LLC -v- R B Edmond

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Rita Sanchez                                  None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                  None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DISMISSAL**

The Court, on its own motion, ORDERS that Plaintiff show cause in writing on or before May 14, 2007, why this case should not be dismissed for lack of subject matter jurisdiction.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause: a memorandum of points and authorities establishing the basis for jurisdiction.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to the Court's order may result in dismissal of the action.

MINUTES FORM 90
CIVIL - GEN



DOCKETED ON CM

APR   3 2007

Initials of Deputy Clerk