SEND
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 07-1969-VBF(JWJx)**                        Dated: **May 11, 2007**

Title:     425 Shirley Place, LLC -*v*- R B Edmond

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Rita Sanchez                               None Present
Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

PROCEEDINGS (IN CHAMBERS):   **ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On March 26, 2007, Defendant, appearing in propia persona, filed a Complaint For Removal of Case From Lower Court[1], seeking to remove an unlawful detainer case from state court.

On April 2, 2007, the Court, on its own motion, ordered Defendant to show cause why this case should not be dismissed for lack of subject matter jurisdiction. The Court ordered Defendant to submit a written memorandum of points and authorities establishing the basis of jurisdiction. Defendant was required to submit his response no later than May 14, 2007.

---

[1] The Court considers Defendant's filing to constitute a Notice of Removal for all purposes.

MINUTES FORM 90                                            Initials of Deputy Clerk  rs
CIVIL - GEN

DOCKETED ON CM
MAY 16 2007
BY _____ 007

On May 8, 2007 the Court received and reviewed Defendant's response the OSC. The Court finds that Defendant's response is insufficient to establish jurisdiction. Accordingly, the Court orders the case DISMISSED for lack of subject matter jurisdiction.

MINUTES FORM 90
CIVIL - GEN

Initials of Deputy Clerk   rs